IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED

SEP 2 1 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-cr-*10041* |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| ALEXANDER B. SMITH, | ) | 21 U.S.C. §§ 1470, |
| | ) | 2252A(a)(5)(B), (b)(2) |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Transfer of Obscene Matter to a Minor)

On or about March 25, 2021, in McLean County and elsewhere within the Central District of Illinois, the defendant,

### ALEXANDER B. SMITH,

did, by any facility and means of interstate and foreign commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 2
### (Possession of Child Pornography)

On or about March 28, 2021, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**ALEXANDER B. SMITH,**

knowingly possessed material, namely a Samsung cell phone, that contained images of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), that involved prepubescent minors and minors who had not attained twelve years of age, such images had been shipped and transported using any means and facility of interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1.   The charges contained in the indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.   For his engagement in the violations alleged in the indictment the defendant,

**ALEXANDER B. SMITH,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

   a.   Any visual depictions and other matter containing such visual depictions which were produced, transported, mailed, shipped, received, and possessed as alleged in the indictment;

   b.   Any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from the offenses alleged in the indictment; and

   c.   Any property, real and personal, used and intended to be used to commit and promote the commission of the offenses alleged in the indictment.

3.   The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards,

computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Samsung Galaxy Note 9, model number SM-N960U, IMEI 358621093486760, S/N RF8KCIIKILY.

All pursuant to Title 18, United States Code, Section 2253.

s/Foreperson
A ]

_____
Foreperson

s/Keith Hollingshead-Cook

_____
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY
KHC