1:21-cr-10041-JES-JEH #29 Filed: 08/23/22 Page 1 of 3

E-FILED
Tuesday, 23 August, 2022 12:03:57 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 23 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

21-10041

Honorable Judge Shadid I write to you today with the utmost humility and knowledge that you may impose any sentence you deem fit, however with the assumption on my part that I will be sentenced under my guideline range of 21-27 months. Your honor at the time of my sentencing date of September 7th, I will have served just 2 weeks short of a year in the Peoria County Jail. Taking into account the good time that comes with a sentence of either below or above 24 months, 108 to 161 days respectively, I would approximatly be looking at 5-8 months left to serve of my sentence. Your honor, this is extreamly vital time that I desperately need to get back on my feet again. As it stands now I will be released homeless and without much of a support structure other than my grandmother. I have been extreamly fortunate to have her support over this past year when it has felt like the whole world is bearing down on me, but I cannot in good conscience continue to burden her monitarily or physically with my presence at her home when I am eventually released. I feel I owe it to her and myself to find my own way and with your help your honor, I know I can and will. This is why I plead with you to send me from the Peoria County Jail to the halfway house and if needed serve the remainder of my sentence here at the County.

(Pg 1 of 2)

I know this will be the greatest determining factor of my successful reintegration into society and completion of the terms of my supervised release. Thank you for taking the time to read this letter your honor.

(Pg 2 of 2)

Respectfully submitted

*[signature]*

Alexander Smith



PEORIA IL 616
18 AUG 2022 PM 2 L

Judge James E. Shadid
201 U.S. Court House
100 N.E. Monroe Street
Peoria, IL 61602

(Special Legal Mail)

61602$1055

Alexander Smith
c/o Peoria County Jail
301 N. Maxwell Road
Peoria, IL 61604